UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eon-Net, L.P.,      Plaintiff, | Case No. 08-03581 (RJS) |
| -v- | Rule 7.1 Statement |
| Diascience Corp.,      Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Eon-Net, L.P.　　　(a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 4/9/08

Signature of Attorney
Jean-Marc Zimmerman

Attorney Bar Code: JZ 7743

Form Rule7_1.pdf  SDNY Web 10/2007