UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EON-NET, L.P., | : | |
| | : | |
| Plaintiff, | : | NOTICE OF DISMISSAL |
| | : | WITH PREJUDICE |
| v. | : | |
| | : | 08-CV-03581 (RJS) |
| DIASCIENCE CORP., | : | |
| | : | |
| Defendant. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eon-Net, L.P. hereby dismisses with

prejudice this action and all claims therein.

By: _____
Jean-Marc Zimmerman, Esq. (JZ 7743)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff Eon-Net, L.P.

Dated: May 29, 2008
       Westfield, New Jersey

SO ORDERED:                          _____
                                     Richard J. Sullivan, U.S.D.J.

Dated: June _____, 2008